**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELBA S. MARIN, ) | 3:11-CV-00309-ECR-VPC |
| ) | |
| Plaintiff, ) | **Order** |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, N.A.; FIRST ) | |
| AMERICAN TITLE CO-NEVADA; AMERICAN ) | |
| SECURITIES COMPANY OF NEVADA; ) | |
| NATIONAL DEFAULT SERVICING ) | |
| CORPORATION; WELLS FARGO BANK, ) | |
| N.A. FKA WELLS FARGO HOME MORTGAGE ) | |
| INC., F/K/A NORWEST MORTGAGE INC.; ) | |
| LSI TITLE COMPANY - NV; STANLEY S. ) | |
| SILVA; TICOR TITLE; AZTEC ) | |
| FORECLOSURE CORPORATION; SRMOF ) | |
| 2009-1 TRUST; FIRST AMERICAN ) | |
| TITLE; AUGUSTINE A. JIMENEZ; and ) | |
| DOES 1-25 CORPORATIONS, DOES and ) | |
| ROES 1-25 Individuals, ) | |
| Partnerships, or anyone claiming ) | |
| any interest to the property ) | |
| described in the action, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff is a homeowner who alleged she was the victim of a predatory lending scheme perpetrated by Defendants. On February 9, 2012, we dismissed (#17) the complaint (#1-3) and ordered Plaintiff to file an amended complaint within fourteen days. Plaintiff has not filed an amended complaint, nor has there been any further

1  action in the case.  As there is no longer a complaint in this case,
2  it must be dismissed.
3
4  **IT IS, THEREFORE, HEREBY ORDERED** that the case is **DISMISSED**
5  with prejudice.
6
7  The Clerk shall enter judgment accordingly.
8
9
10 DATED: June 20, 2012.
11
12                                         _____
                                            UNITED STATES DISTRICT JUDGE

2