**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MELBA S. MARIN, | ) | 3:11-CV-00309-ECR-VPC |
| Plaintiff, | ) | **Order** |
| vs. | ) | |
| WELLS FARGO BANK, N.A.; FIRST AMERICAN TITLE CO-NEVADA; AMERICAN SECURITIES COMPANY OF NEVADA; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, N.A. FKA WELLS FARGO HOME MORTGAGE INC., F/K/A NORWEST MORTGAGE INC.; LSI TITLE COMPANY - NV; STANLEY S. SILVA; TICOR TITLE; AZTEC FORECLOSURE CORPORATION; SRMOF 2009-1 TRUST; FIRST AMERICAN TITLE; AUGUSTINE A. JIMENEZ; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action, | ) | |
| Defendants. | ) | |

Plaintiff is a homeowner who alleged she was the victim of a predatory lending scheme perpetrated by Defendants. On February 9, 2012, we dismissed (#17) the complaint (#1-3) and ordered Plaintiff to file an amended complaint within fourteen days. Plaintiff has not filed an amended complaint, nor has there been any further

action in the case.  As there is no longer a complaint in this case, it must be dismissed.

**IT IS, THEREFORE, HEREBY ORDERED** that the case is **DISMISSED** with prejudice.

The Clerk shall enter judgment accordingly.

DATED: June 20, 2012.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE

2